**BIEDERMANN·HOENIG·SEMPREVIVO**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

430 MOUNTAIN AVENUE
SUITE 405
NEW PROVIDENCE, NJ 07974
TEL 646-218-7560
FAX 646-218-7510
WWW.LAWBHS.COM

Thomas J. Sateary, Esq.
thomas.sateary@lawbhs.com
929-506-7172

August 30, 2024

**(VIA ELECTRONIC FILING)**
Honorable Taryn A. Merkl, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: **Rumain v. Gregoris Motors, Inc., et al.**
     **Case No.: 1:17-cv-07251-DG-TAM**

Dear Judge Merkl:

  In accordance with Your Honor's August 13, 2024 Order, the parties would like to inform the court as follows:

  Plaintiff and Defendants participated in a meet and confer regarding settlement on August 29, 2024. Unfortunately, the meet and confer was not successful in bringing this matter to a conclusion. Nevertheless, the parties remain interested in reaching a settlement. In that regard, the parties request that this matter be scheduled for an in-person settlement conference before Your Honor. Ms. Rumain and Mr. Sateary do not object to Gregoris Motors, Inc. attending remotely since counsel is in Florida and request this be permitted.

              Respectfully submitted,

*/s/ Barbara Rumain*      */s/ Thomas J. Sateary*
Barbara Rumain, Ph.D.     Thomas J. Sateary, Esq.
791 Hampton Road      Biedermann Hoenig Semprevivo, P.C.
Woodmere, NY 11598     430 Mountain Avenue, Suite 405
BarbaraTRumain@aol.com   New Providence, NJ 07974
917-755-6338        929-506-7172
Plaintiff pro se        Thomas.sateary@lawbhs.com
            Attorney for Defendants Nissan Motor Acceptance Corp. and Nissan-Infiniti LT

/s/ Micah Andrews
Micah Andrews, Esq.
Bass Sox Mercer
2822 Remington Green Circle
Tallahassee, FL 32308
850-878-6404
mandrews@bsm-law.com
Attorney for Defendant Gregoris Motors, Inc.